1328

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEON S. ANDERSON, Appellant. [17 NYS3d 336]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.

■ MARY KALK BIELBY, Appellant, v DANIEL MIDDAUGH, Individually and as Sheriff of Oneida County, et al., Respondents. [17 NYS3d 337]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. ROSS, Appellant. [17 NYS3d 337]—Motion for reconsideration denied. Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN BROWN, Appellant. [17 NYS3d 337]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER J. KESSLER, Also Known as ALEXANDER JACOB KESSLER, Appellant. [17 NYS3d 337]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Carni and Whalen, JJ.

■ ADAM VILLAR, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 1.) [17 NYS3d 338]—Motions for reargument denied. Present—Scudder, P.J., Centra, Lindley and DeJoseph, JJ.

■ JEFFERY BURNS, Respondent, v LECESSE CONSTRUCTION SERVICES LLC et al., Appellants, et al., Defendant. PRO CARPET, INC., Third-Party Plaintiff-Appellant, v JEFFREY W. BURNS, Doing Business as BURNS FLOORING, Third-Party Defendant-Respondent. (Appeal No. 1.) [17 NYS3d 338]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ SCOTT BOWMAN, Appellant, v JEANETTE E. ZUMPANO et al., Defendants, and KATHI WHEATLEY et al., Respondents. [17 NYS3d 339]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Lindley, Valentino and DeJoseph, JJ.